

# Court of Appeals
## Sixth Appellate District of Texas

## J U D G M E N T

Stephanie Sanford, Donald Bowdy and All Occupants, Appellants

No. 06-18-00059-CV      v.

DC2 Holdings, Ltd., Appellee

Appeal from the County Court at Law No. 1 of Tarrant County, Texas (Tr. Ct. No. 2018-002032-1). Memorandum Opinion delivered by Chief Justice Morriss, Justice Moseley and Justice Burgess participating.

As stated in the Court's opinion of this date, we find that the appeal should be dismissed for want of jurisdiction. Therefore, we dismiss the appeal.

We note that the appellants have adequately indicated their inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED SEPTEMBER 12, 2018
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk